John MacKenzie, appellee, v. Justin T. McCarthy, appellant. Gen. No. 34,693.

Heard in the first division of this court for the district at the October term, 1930. Opinion filed March 2, 1931.

John D. Pope, for appellant. John MacKenzie, *pro se;* Lee Cohn, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Smith Engineering Works, appellee, v. T. Frank Quilty and Francis J. Sullivan, appellants. Gen. No. 34,702.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.

Arthur Manning, for appellants. Deneen, Healy & Lee, for appellee; Thomas C. McConnell, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

General Acceptance Company, defendant in error, v. J. B. Gillum, plaintiff in error. Gen. No. 34,756.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed March 2, 1931.

Edward Byrnhard Zahn, for plaintiff in error. Harry J. Rosenzweig, for defendant in error; Clyde C. Fisher, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Harry Samsky, trading as Acorn Express & Van Company, defendant in error, v. Fort Dearborn Automobile Insurance Company, plaintiff in error. Gen. No. 34,779.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed March 2, 1931.

Murphy O. Tate, for plaintiff in error; Leo M. Tarpey, of counsel. Harry S. Greenstein, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.